IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WARNKEN, SHERYN RUTH, ) | Case No. 08-14532-WV |
| ) | Chapter 7 |
| Debtor. ) | |

## PAYMENT OF UNCLAIMED FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3011

The trustee reports that all orders of the Court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Dividend Payment |
|---|---|---|---|
| 7 | 1008 | Security Finance<br>SFC-Central Bankruptcy & Recovery Department<br>209 Dawson Road, Suite 4-B<br>Columbia, SC 29223 | $92.83 |

Dated: March 3, 2010

/s/ G. David Bryant
G. David Bryant, Trustee
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City OK 73105
(405) 848-4448
(405) 842-4539- fax